UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| William G. Colson, Jr. and Dorothy R. Colson, ) | C/A No. 7:11-cv-02143-HMH |
| ) | |
| Plaintiffs, ) | **DEFENDANT GEOFFREY STILLER,** |
| ) | **MD'S ANSWERS TO LOCAL RULE 26.01** |
| Versus ) | **INTERROGATORIES** |
| ) | |
| Samson Hair Restoration, LLC and ) | |
| Geoffrey D. Stiller, MD, ) | |
| ) | |
| Defendants. ) | |

TO: DONALD C. COGGINS, JR. AND THOMAS A. KILLOREN, JR., ATTORNEYS FOR THE PLAINTIFFS:

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, the Defendant, Geoffrey D. Stiller, MD (hereinafter "this Defendant"), by his undersigned attorneys, makes the following answers to Court ordered Interrogatories:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** **No potential subrogation claims are known to this Defendant.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** **Jury. The Plaintiffs have requested a jury trial and alleges medical negligence. Therefore, upon information and belief, the right to a jury trial exists and this Defendant wishes to exercise this right.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **This Defendant is not a publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See Local Civil Rule 3.01.*

**ANSWER:** **The Plaintiffs contend this division is appropriate because alleged misrepresentation, fraud, and unfair trade practices on the part of the co-Defendant occurred in this division. This Defendant challenges that he is subject to personal jurisdiction in this District.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **This Defendant is not aware of any other related matter filed in this District.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** This Defendant is properly identified.

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **This Defendant is not aware of any other legal entity liable to either party at this time. If this Defendant becomes aware of any such party, this Defendant will supplement this Answer accordingly.**

**This Defendant specifically reserves the right to supplement and/or change his Answers to these Interrogatories as discovery progresses in this case.**

        HOOD LAW FIRM, LLC
        172 Meeting Street
        Post Office Box 1508
        Charleston, SC 29402
        Phone: (843) 577-4435
        Facsimile: (843) 722-1630
        Email: Info@hoodlaw.com

        **s/ Molly H. Craig**
        _____
        Robert H. Hood (1939)
        Molly H. Craig (6671)
        Brian E. Johnson (10098)

        Attorneys for the Defendant
        Geoffrey Stiller, MD

**October 10, 2011**
Charleston, South Carolina
J:\docs\94.000\ATIs (26.01).doc

## *CERTIFICATE OF SERVICE*

I certify that on this date a copy of the foregoing was served on counsel for Defendant Samson Hair Restoration, LLC by ☒ mailing, ☒ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure to the address below:

>Carl E. Pierce, Jr., Esquire
>Joseph C. Wilson, IV, Esquire
>Pierce, Herns, Sloan & McLeod LLC
>Post Office Box 22437
>Charleston, SC 29413

This **10th** day of **October**, 2011.

**s/ Molly H. Craig**