IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-123-FDW-DCK

| | |
|---|---|
| WILLIAM G. COLSON, JR., and DOROTHY R. COLSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SAMSON HAIR RESTORATION, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 31) concerning Donald C. Coggins, filed February 24, 2012. Mr. Coggins seeks to appear as counsel *pro hac vice* for Plaintiffs William G. Colson, Jr. and Dorothy R. Colson.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Coggins is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs William G. Colson, Jr. and Dorothy R. Colson.

Signed: February 27, 2012

David C. Keesler
United States Magistrate Judge