UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-123

| WILLIAM G. COLSON, JR., et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| SAMSON HAIR RESTORATION, GEOFFREY D. STILLER, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon its own motion. The above-captioned case was transferred to this district from the District of South Carolina on February 24, 2012 following an order from the Honorable Judge Henry M. Herlong. The parties were served with a copy of the undersigned's initial scheduling order on the same day. That order requires that the parties conduct an initial attorney's conference pursuant to Fed. R. Civ. P. 26(f) and submit a certification of such order to the Court.

The parties are HEREBY ORDERED to conduct an initial attorney's conference pursuant to Fed. R. Civ. P. 26(f) within ten (10) days of the issuance of this order and to file a certification of such conference with the court within four (4) days thereafter.

IT IS SO ORDERED.

Signed: August 29, 2012

Frank D. Whitney
United States District Judge