UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CERTIFICATION OF MEDIATION SESSION

Case No. 3:12-CV-00123-FDW-DCK

William G. Colson, Jr. and Dorothy
R. Colson

    Plaintiff(s),

vs.

Geoffrey D. Stiller, MD and Uplift
Cosmetic Surgery, PLLC

    Defendant(s).

RECEIVED
CHARLOTTE, N.C.

MAR 29 2013

Clerk, U. S. Dist. Court
W. Dist. of N. C.

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process unless otherwise ordered.

    The undersigned mediator reports the following result of a Mediated Settlement Conference held on March 18, 2013.

    The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    ☑ All individual parties and their counsel.

    ☐ Designated corporate representatives.

    ☐ Required claims professionals.

    ☐ Other (describe):

    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

Samson Medical Group, Professional Corporation and
Samson Medical Group Corporation

The outcome of the Mediation session was:

☐ The parties have reached an impasse.

☐ The case has completely settled. Counsel will promptly notify the Court of settlement by:

  ☐ The filing of a settlement agreement signed by the parties within ten (10) days of the filing of this report.

  ☐ The filing of a stipulation of dismissal signed by the parties within ten (10) days of the filing of this report.

☒ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve. *There was a complete settlement as to defendant Stiller. The case remains pending against Samson Hair Restoration, LLC and Samson Medical Group, Professional Corporation and Samson Medical Group Corporation*

I certify that the above is a true and accurate report regarding the result of the Mediation Settlement Conference.

Rene Stemple Ellis
Name of Mediator or Plaintiff's Counsel

*/s/ Rene Stemple/*
Signature of Mediator or Plaintiff's Counsel

March 21, 2013
Date

CERTIFICATE OF SERVICE

I hereby certify that I have this date served counsel for all parties with the Report of Mediation by sending a copy thereof to the following via email or conventional mail as noted:
Via email to Michael Nash, Ashley Brathwaite, and Tom Killoren, Jr.

This the ___21st___ day of __March__, 20_13_.

s/ Rene Stemple Ellis

Mediator