IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. CIV. 3:12-CV-00123-FDW-DCK

| | |
|---|---|
| William G. Colson, Jr. and Dorothy R. Colson,<br><br>               Plaintiffs,<br><br>     v.<br><br>Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, UPLIFT Cosmetic Surgery, Laser & Skin Center, PLLC, Samson Medical Group, Professional Corporation and Samson Medical Group Corporation,<br><br>               Defendants. | **NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

      NOW COMES Geoffrey D. Stiller, MD, and UPLIFT Cosmetic Surgery, Laser & Skin Center, PLLC, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby dismiss without prejudice their cross claims against Samson Hair Restoration, LLC, Samson Medical Group, Professional Corporation, and Samson Medical Group Corporation in the above-captioned matter, with each party to bear their own costs, fees, and expenses.

      This 11th day of June, 2013.

                                  Respectfully submitted,

                                  By: /s/ Leslie C. Packer
                                     Leslie C. Packer
                                     N.C. State Bar No. 13640
                                     Ashley K. Brathwaite
                                     N.C. State Bar No. 33830
                                     ELLIS & WINTERS LLP
                                     1100 Crescent Green Drive, Ste. 200
                                     Raleigh, North Carolina 27518
                                     Telephone: (919) 865-7000
                                     Facsimile: (919) 865-7010

E-mail: leslie.packer@elliswinters.com
ashley.brathwaite@elliswinters.com

Attorneys for Defendants Geoffrey D. Stiller, MD and UPLIFT Cosmetic Surgery, Laser & Skin Center, PLLC

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Donald C. Coggins, Jr.
> Thomas A. Killoren, Jr.
> Harrison White Smith & Coggins, PC
> P. O. Box 3547
> Spartanburg, SC  29304
> Telephone:  (864)585-5100
> Fax:  (864)542-2993
> dcoggins@spartanlaw.com
> tom@spartanlaw.com

I further certify that on June 11, 2013, I served the foregoing document on the following parties by having employees of Ellis & Winters LLP acting at my direction deposit a copy in the United States mail, postage prepaid and addressed as follows:

> Mr. William McCullough
> President, Samson Hair Restoration, LLC
> Registered Agent for Samson Medical Group, Professional Corporation
> 15315 Magnolia Boulevard, Suite 118
> Sherman Oaks, CA 91403-1100
>
> Michael Jackson, Esquire
> Registered Agent for Samson Hair Restoration, LLC
> Registered Agent for Samson Medical Group Corporation
> 25908 Franklin Lane
> Stevenson Ranch, CA 91381

>                     By: /s/ Leslie C. Packer
>                         Leslie C. Packer
>                         N.C. State Bar No. 13640
>                         Ashley K. Brathwaite
>                         N.C. State Bar No. 33830
>                         ELLIS & WINTERS LLP
>                         1100 Crescent Green Drive, Ste. 200
>                         Raleigh, North Carolina 27518
>                         Telephone:  (919) 865-7000
>                         Facsimile:  (919) 865-7010
>                         E-mail: leslie.packer@elliswinters.com
>                                 ashley.brathwaite@elliswinters.com