UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-123-FDW-DCK

| | |
|---|---|
| WILLIAM G. COLSON, JR., and DOROTHY R. COLSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSON HAIR RESTORATION, LLC, GEOFFREY D. STILLER, MD, UPLIFT COSMETIC SURGERY, LASER & SKIN CENTER, PLLC, SAMSON MEDICAL GROUP, PROFESSIONAL CORPORATION and SAMSON MEDICAL GROUP CORPORATION,<br><br>Defendant. | ORDER |

THIS MATTER is before the Court on Plaintiffs William G. Colson, Jr., and Dorothy R. Colson's, ("Plaintiffs") Motion for Default Judgment (Doc. No. 85). Based on review of the record there is insufficient support of documentation for rendering a default judgment of the amount requested. The Court requests Plaintiffs to submit affidavits or other documentation supporting the claim and the amount of damages by July 18th, 2013.

IT IS SO ORDERED.

Signed: July 3, 2013

Frank D. Whitney
Chief United States District Judge