# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte DIVISION
### DOCKET NO. 3:12-cv-00123-FDW-DCK

| | | |
|---|---|---|
| **Dorothy R. Colson** | ) | |
| **William G. Colson Jr.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **Samson Medical Group, Professional** | ) | |
| **Corporation** | ) | |
| **Geoffrey D. Stiller** | ) | |
| **Samson Medical Group Corporation** | ) | |
| **UPLIFT Cosmetic Surgery, Laser &** | ) | |
| **Skin Center** | ) | |
| **Samson Hair Restoration,** | ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER is before the Court on Plaintiff's *pro se* Motion for Renewal of Judgment.

(Doc. No. 90). Plaintiff has not provided any legal or factual reasons for why the judgment needs

to be renewed at this time. As such, the Court is unable to evaluate the merits of his Motion.

Accordingly, Plaintiff's Motion is hereby DENIED without prejudice.

IT IS SO ORDERED.

Signed: October 22, 2020

Frank D. Whitney
United States District Judge